# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LADIA THOMAS, | : | |
|     *Plaintiff* | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| SHIPT, INC., | : | |
|     *Defendants* | : | No. 23-2322 |

## ORDER

AND NOW, this 12th day of July, 2023, upon consideration of the parties' joint Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. No. 8), it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and the Clerk of Court is directed to mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**